UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KERRY A. JONES # 047701-098 | CIVIL ACTION |
| VERSUS | NUMBER   11-3103 |
| UNITED STATES OF AMERICA | SECTION   "N" (2) |

ORDER AND REASONS

Considering the Motion for Release Pending Appeal Pursuant to 18 U.S.C. § 3143(b) filed by Petitioner Kerry A. Jones (Rec. Doc. 7),

IT IS ORDERED that the motion is DENIED.  Petitioner has not met his burden under section 3143(b) of showing "by clear and convincing evidence that [he] is not likely to flee or pose a danger to the safety of any other person or the community if released . . .and that the appeal . . . raises a substantial question of law or fact likely to result in-- (i) reversal, (ii) an order for a new trial, (iii) a sentence that does not include a term of imprisonment, or (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process." 18 U.S.C. § 3143(b).  Because Petitioner has failed to meet the requirements of the statute, he is not entitled to release at this time.

New Orleans, Louisiana, this 4th day of June, 2011.

UNITED STATES DISTRICT JUDGE